# In the United States Court of Federal Claims

No. 25-1370T

(Filed: September 24, 2025)

```
************************************
                                  *
ADVANCED PROPERTY               *
MANAGEMENT LLC,                 *
                                  *
              Plaintiff,          *
                                  *
      v.                          *
                                  *
THE UNITED STATES,              *
                                  *
              Defendant.          *
                                  *
************************************
```

## ORDER

On September 22, 2025, Plaintiff filed its Amended Complaint. ECF No. 12. Plaintiff's Amended Complaint, however, was not signed as required by Rule 11 of the Rules of the Court of Federal Claims ("RCFC"). The Clerk's Office is directed to accept the filing. All future filings must be signed pursuant to RCFC Rule 11.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge